Decided July 16, 1980

ROBERT J. KULAK ET AL. *v.* ZONING BOARD OF
APPEALS OF THE CITY OF STAMFORD ET AL.

The petition of the defendants Samuel Manka et al. for certification for appeal from the Superior Court in the judicial district of Fairfield at Stamford is granted by the court.

*William J. Murray,* in support of the petition.

*L. Morris Glucksman,* in opposition.

Decided July 16, 1980

BOARD OF EDUCATION OF THE TOWN OF FAIRFIELD *v.*
FREEDOM OF INFORMATION COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Noel R. Newman* and *Kenneth B. Povodator,* in support of the petition.

*John P. Clarkson* and *William J. Dolan,* in opposition.

Decided July 24, 1980